THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alfredo S. Astudillo, Appellant.
 
 
 

Appeal From Greenville County
  Wyatt T. Saunders, Jr., Circuit Court
 Judge

Unpublished Opinion No.  2007-UP-298
 Submitted June 1, 2007  Filed June 8,
 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER
 CURIAM:  Alfredo Astudillo was convicted of second- degree criminal sexual
 conduct with a minor.  He was sentenced to fifteen years confinement, suspended
 on service of eight years and five years probation.  Astudillos appellate
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738
 (1967).  Counsel additionally submitted a petition to be relieved from
 representation, asserting there are no direct appeal issues of arguable merit. 
 Astudillo has not filed a pro se response with the Court.
After a review of
 the record pursuant to Anders and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, HUFF,
 and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.